IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| ADRIAN JENKINS,<br><br>Plaintiff,<br><br>v.<br><br>MAJOR JOSEPH HUTCHESON; DEPUTY WARDEN DOUG WILLIAMS; and WARDEN BRUCE CHATMAN,<br><br>Defendants. | CIVIL ACTION NO.: 6:15-cv-50 |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 8), to which Objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court, and Plaintiff's Objections, (doc. 9), are **OVERRULED**.

Plaintiff's action is **DISMISSED**, and the Court **DENIES** Plaintiff leave to proceed *in forma pauperis* on appeal. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 2nd day of February, 2016.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA